Mahoney, J.—Summary Judgment.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.

■ THOMAS R. SHUMAN et al., Appellants, v ABEX CORPORATION et al., Defendants, and GENERAL MOTORS CORPORATION et al., Respondents. [700 NYS2d 783] —Order unanimously reversed on the law with costs, motions denied and complaint against defendants General Motors Corporation, Great Dane Trailers, Inc. and Strick Corporation reinstated. Memorandum: Supreme Court erred in granting the motions of General Motors Corporation, Great Dane Trailers, Inc. and Strick Corporation (defendants) for summary judgment dismissing the complaint against them. Plaintiffs commenced this action seeking damages resulting from the exposure of Thomas R. Shuman (plaintiff) to asbestos fibers allegedly released from defendants' products. Defendants failed to establish that their products could not have contributed to the causation of plaintiff's injury (*see, Shuman v Abex Corp.,* 266 AD2d 878; *see also, Matter of Eighth Judicial Dist. Asbestos Litig.,* 255 AD2d 1002). (Appeal from Order of Supreme Court, Onondaga County, Lunn, J.—Summary Judgment.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.

■ JAMES R. AMAN et al., Respondents, v FEDERAL EXPRESS CORPORATION, Appellant, et al., Defendant. FEDERAL EXPRESS CORPORATION et al., Third-Party Plaintiffs, v METRO ELECTRICAL CONSTRUCTION CORP., Third-Party Defendant-Appellant. (Appeal No. 1.) [703 NYS2d 429] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Amend Pleading.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.

■ JAMES R. AMAN et al., Respondents, v FEDERAL EXPRESS CORPORATION, Appellant, et al., Defendant. FEDERAL EXPRESS CORPORATION et al., Third-Party Plaintiffs, v METRO ELECTRICAL CONSTRUCTION CORP., Third-Party Defendant-Appellant. (Appeal No. 2.) [701 NYS2d 571] —Judgment unanimously modified on the law and as modified affirmed without costs and new trial granted on damages for past and future pain and suffering only unless plaintiffs, within 20 days of service of a copy of the order of this Court with notice of entry, stipulate to decrease the verdict to $250,000 for past pain and suffering and $750,000 for future pain and suffering, in which event the judgment is modified accordingly and as modified affirmed without costs. Memorandum: Federal Express Corporation (defendant) and third-party defendant, Metro Electrical